UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE T. DONHAM,

        Plaintiff,                               Case Number 18-13440

v.                                                  Honorable David M. Lawson

ALLY FINANCIAL, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, it is **ORDERED** that the case is **DISMISSED** without prejudice and without costs to any party.

                                                                    s/David M. Lawson
                                                                    DAVID M. LAWSON
                                                                    United States District Judge

Date:  February 15, 2019

Stipulated to by:

s/Sergei Lemberg
Attorney for the Plaintiff
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897

s/Ethan Geoffrey Ostroff
Attorney for the Defendant
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462

- 2 -

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 15, 2019.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI